| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>June 22, 2022<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOALEEN ROGERS,<br><br>　　　　　Defendant. | Case No.  2:22-mj-95-KJN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  __JOALEEN ROGERS__ ,

Case No.  __2:22-mj-95-KJN__  Charge __21 USC__ §§ __846, 841(a)(1)__ , from custody for the following reasons:

_____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of $ _____

__X__   Unsecured Appearance Bond $  __50,000.00 co-signed by Procoro & Sierra Martinez__

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

__X__   (Other): **Defendant to be released on 6/23/2022 at 9:00 AM.  Under the terms and conditions as stated on the record.**

Issued at Sacramento, California on June 22, 2022 at _2:36 pm__.

　　　　　　　　　　　　　　　By:   /s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　Magistrate Judge Carolyn K. Delaney